ACCEPTED
01-14-00591-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 11:47:02 AM
CHRISTOPHER PRINE
CLERK

In the
COURT OF APPEALS
FOR THE
First District of Texas

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/31/2014 11:47:02 AM

CHRISTOPHER A. PRINE
Clerk

**NO. 01-14-00591-CV**

_____

**JARROD DALE YOUNG, Appellant**

V.

**KATHRYN RENEE TERRAL, Appellee**

_____

On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2012-37683

_____

**APPELLEE'S SECOND
AGREED MOTION TO EXTEND TIME
TO FILE APPELLEE'S BRIEF**

| JARROD DALE YOUNG, | § | IN THE DISTRICT COURT |
|---|---|---|
| APPELLANT | § | |
| | § | |
| V. | § | 247TH JUDICIAL DISTR |
| | § | |
| KATHRYN RENEE TERRAL | § | |
| APPELLEE | § | HARRIS COUNTY, TEXAS |

## APPELLEE'S SECOND AGREED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

Appellee, KATHRYN RENEE TERRAL, asks the Court to extend the time to file its brief and respectfully shows the following:

### A. INTRODUCTION

1. Appellant is JARROD DALE YOUNG; Appellee is KATHRYN RENEE TERRAL.

2. Appellee's brief is due on January 2, 2015.

3. Appellee respectfully requests an additional 30 days to file its brief, extending the time until February 2, 2015.

4. The parties have agreed to this motion.

### B. ARGUMENT & AUTHORITIES

5. Appellee's attorney Terisa Taylor of The Law Office of Terisa Taylor, P.C., needs additional time to file its brief because Appellee's attorney has an unusually heavy docket, staff attorney on vacation, and the research, preparation, and drafting

off the Appellee's brief will be disrupted by the heavy docket and absent of the staff attorney.

6.     One extension has been granted to extend the time to file Appellee's brief.

7.     Appellee's Second Agreed Motion to Extend Time to File Appellee's Brief is not sought for delay, but so that the interest of justice may be served.

## C.  PRAYER

4.     For these reasons, KATHRYN RENEE TERRAL, asks this Court to grant an extension of time to file response to appellant's brief.

Respectfully submitted,

**The Law Office of Terisa Taylor, P.C.**
917 Franklin Street, Suite 510
Houston, Texas 77002
Tel: (713) 224-9900
Fax:  (713) 224-9903
Email:  service@ttaylorlawoffice.net

By: /s/ *Terisa Taylor*
    **TERISA TAYLOR**
    SBN:  24000240
    **GRACE M. CRUMP**
    SBN: 24083482
    Counsel for: Appellee

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Melissa E. Loveless' staff via telephone on December 31, 2014, and she has agreed and is unopposed to this Agreed Motion to Extend Time to File Appellee's Brief.

/s/ *Terisa Taylor*
**TERISA TAYLOR**
**GRACE M. CRUMP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2014, a true and correct copy of the foregoing instrument was served upon each attorney of record or party in accordance with the Texas Rules of Civil Procedure.

/s/ *Terisa Taylor*
**TERISA TAYLOR**
**GRACE M. CRUMP**